UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


IN RE:                                                    Case No. 8:19-BK-08982-MGW
                                                          Chapter 7
GRADY CURTIS JUDD, III

         Debtor

_____ /


### TRUSTEE'S MOTION FOR CONTEMPT AND REQUEST TO REVOKE DEBTOR'S DISCHARGE


Beth Ann Scharrer, Chapter 7 Trustee, by and through her undersigned attorney, files this Motion for an order of contempt against the Debtor, including withholding or revoking Debtor's discharge for failure to comply, and as grounds therefor, states as follows:

1.      That Beth Ann Scharrer is the duly-appointed and acting Chapter 7 Trustee in the above-styled case.

2.      The Trustee filed a Motion to Approve Compromise of Controversy or Settlement Agreement (DE #15, "Motion") on December 6, 2019.

3.      An Order Granting Motion to Approve Compromise or Settlement (DE #21, the "Order") was entered on January 9, 2020, ordering Debtor to the amount of $5,000 by making monthly payments of $500 beginning January 15, 2020 and continuing on the 15th of every month until paid in full.

4.      In addition, the Debtor and his non-filing spouse were ordered to timely file their joint 2019 tax return, turn over a copy of same to Trustee upon filing the same, and turn over the 2019 tax refund to the extent necessary to pay the estate in full.

5.      The Debtor made a payment of $500 on February 5, 2020 and another payment of $1,000 on March 9, 2020 but has failed to make any further payments despite entry of this Court's Order.

6.      The Trustee has sent repeated emails to the Debtor's attorney, and has received representations that the Debtor sending a check to pay the estate; however, he has continued to fail to pay the estate.

7.      In light of the Debtor's failure to comply with the Court Order directing him to make payments to the estate, the Trustee has been required to file this Motion.  The Trustee requests that Debtor be assessed attorney's fees and costs in the amount of $350, payable to Beth Ann Scharrer, P.A., for preparation of this Motion and subsequent Order thereon, filing and service of the Notice of Hearing and Order, and attendance at a hearing conducted on this Motion.  The Trustee specifically seeks repayment of the attorney fees directly from the Debtor so as not to prejudice the creditors in payment of the legal fees caused solely by the Debtor's refusal to cooperate with administration of the Estate.

8.      In the event the Debtor refuses to turnover such property or fails to make payments as ordered by this Court, the Trustee further requests this Court revoke the Debtor's discharge upon the filing of an Affidavit of Default and further hearing.

WHEREFORE, the Trustee moves this Honorable Court for an Order granting the foregoing Motion for Contempt with the relief requested therein, and for such other and further relief as this Court deems just and appropriate.

Respectfully submitted,

/s/ Beth Ann Scharrer
Beth Ann Scharrer
P.O. Box 4550
Seminole, FL 33775-4550
727-392-8031
Fla. Bar No. 0827398

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2020 a true and correct copy of the foregoing Motion has been provided electronically or by U.S. Mail to the Office of the United States Trustee, 501 E. Polk St., #1200, Tampa, FL 33602; Grady Curtis Judd, III, 6011 Christina Dr. West, Lakeland, FL 33813; Amy Denton Harris, 110 E. Madison Ave. Ste 200, Tampa, FL 33602-4700; Matthew B. Hale, 110 E. Madison Ave. Ste 200, Tampa, FL 33602-4700.

/s/ Beth Ann Scharrer
Beth Ann Scharrer